**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ERIC L. CAFFEY                                                                    PLAINTIFF

V.                              CASE NO. 4:17-CV-00100 SWW-BD

RANDALL STEPHENSON,
**Chairman and CEO of AT&T**                                        DEFENDANT

## RECOMMENDED DISPOSITION

I.     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge

Susan Webber Wright.  Any party may file written objections to this Recommendation.

If objections are filed, they must be specific and must include the factual or legal basis

for your objection.  Objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

II.    **Discussion**

Eric L. Caffey, an inmate at the W.C. "Dub" Brassell Adult Detention Center,

filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)

Mr. Caffey alleges that AT&T conspired with the D.E.A. to violate his rights by

withholding and altering subpoenaed phone records pertinent to his criminal case.  Mr.

Caffey names Randall Stephenson, Chairman and CEO of AT&T, as the sole Defendant and requests only monetary relief.

From the allegations in the complaint, it was unclear whether Mr. Caffey could state a constitutional claim against Defendant Stephenson. Rather than dismiss the complaint, the Court gave Mr. Caffey an opportunity to file an amended complaint. (#7) Mr. Caffey has now filed an amended complaint. (#10)

After reviewing the amended complaint, it is clear that Mr. Caffey's state-court criminal case is ongoing. The State of Arkansas has an important interest in enforcing its criminal laws, and Mr. Caffey is free to raise his constitutional claims during his state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971). There is no indication of any extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). This case, therefore, should be stayed pending a final disposition of Mr. Caffey's pending state charges. *Wallace v. Kato*, 549 U.S. 384, 393–94 (2007); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999).

## III.   Conclusion

The Court recommends that the Court abstain from proceeding with Mr. Caffey's federal case and that the case be administratively terminated.

DATED this 8th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE