IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC L. CAFFEY                                                                    PLAINTIFF

V.                          CASE NO. 4:17-CV-00100 SWW-BD

RANDALL STEPHENSON,
Chairman and CEO of AT&T                                                          DEFENDANT

# ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Caffey has filed belated objections. After careful review of the Recommendation, and having made a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court abstains from proceeding with Mr. Caffey's federal case. The Clerk is directed to administratively terminate this case.

IT IS SO ORDERED, this 2nd day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE