IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC L. CAFFEY                                                                                    PLAINTIFF

V.                              CASE NO. 4:17-CV-00100 SWW-BD

RANDALL STEPHENSON,
Chairman and CEO of AT&T                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is administratively terminated.

IT IS SO ORDERED this 2nd day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE